UNITED STATES DISTRICT COURT
for
**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 JUN 13 PM 2:08

Robert R. Di Trolio
U.S. DIST. CT.
W. D. OF TN, MEMPHIS

U.S.A. vs. <u>TAMARA  MURRY</u>                                 Docket No. <u>2:05CR20063</u>

**Petition on Probation and Supervised Release**

**COMES NOW** <u>CHRISTY J. HENSON</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Tamara Murry</u> who was placed on supervision by the Honorable <u>James M. Moody,</u> sitting in the Court at <u>Little Rock, AR</u> on the <u>8th</u> day of <u>November, 2004</u> who fixed the period of supervision at <u>two (2) years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

(1)     The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office.

(2)     The defendant shall pay restitution in the amount of $5,500.00   (Balance: $5,500.00)

**     **Transfer of Jurisdiction accepted on March 1, 2005; case assigned to Judge Samuel H. Mays, Jr.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 23, 2005, Tamara Murry was arrested by the Memphis Police Department for eight (8) counts of Forgery $1,000.00 or Less. She was later convicted of the lesser charge, Criminal Attempt Forgery and was sentenced to 11 months and 29 days of jail time with 11 months and 27 days suspended. She was given credit for two days in custody and was placed on Probation for the remainder of her sentence with a $500 fine and 3 days of community service. Upon close review of the matter it was felt a stable structure driven environment that provided the opportunity to attend vocational training would benefit Ms. Murry and her child. Ms. Murry agreed and decided to waive her right to a hearing before the Court with respect to this violation and has agreed to a modification of her Special Conditions of Probation. Attached is the Probation Form 49 Waiver of Hearing to Modify Conditions of Supervision.

**PRAYING THAT THE COURT WILL ORDER** the defendant to serve four (4) months in a halfway house at the direction of the Probation Officer.

**ORDER OF COURT**

Considered and ordered this <u>10th</u> day of <u>June</u>, 20<u>05</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Christy J. Henson_ (signature)
Christy J. Henson
United States Probation Officer

Place: <u>Memphis, TN</u>

Date: <u>June 6, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>6-13-05</u>

(3)

**United States District Court**

WESTERN **District** TENNESSEE

# Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall serve four (4) months in the Halfway House at the direction of the Probation Officer.*

Witness: *Christy P. Henson*
CHRISTY J. HENSON
U. S. Probation Officer

Signed: *Tamara Murry*
Tamara Murry
Probationer

*Johnetta Norman*
SUSPO

Date: May 18, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20063 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT