IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| Plaintiff, | * | |
| vs. | * | CR. NO. 05-20063-Ma |
| TAMARA MURRY | * | |
| Defendant. | * | |

### ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On November 3, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant was advised of her rights under FRCrP 5 and 32.1(a)(1) and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976); United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant is held to a final revocation hearing, to be set on notice from the United States District Court and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 3rd day of November, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20063 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT